**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| DOGLEG RIGHT PARTNERS, LP AND<br>DOGLEG RIGHT CORPORATION | §<br>§<br>§<br>§ | |
| vs. | § | CASE NO. 2:07-CV-533-CE |
| | § | |
| TAYLOR MADE GOLF COMPANY, INC. | § | |

### ORDER

Pending before the court is defendant Taylor Made Golf Company, Inc.'s ("Taylor Made") motion for partial summary judgment of no willful infringement (Dkt. No. 109). Plaintiffs have stipulated to the withdrawal of their willfulness claims with regard to all of the patents-in-suit (Dkt. No. 117). As such, Taylor Made's motion for summary judgement is DENIED as moot.

SIGNED this 6th day of June, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE